THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BOFI FEDERAL BANK, a federally chartered banking institution,<br>Plaintiff,<br><br>v.<br><br>ADVANCE FUNDING LLC; KIRK A. TOVEY, individually and as trustee of the KIRK A. TOVEY REVOCABLE TRUST; and SETTLEMENT COLLECTION SERVICE, LLC,<br>Defendants. | NO. 14-CV-484 BJR<br><br>ORDER RE: PRETRIAL DATES |

Due to a scheduling conflict, the Court hereby reschedules the Pretrial Conference in this matter, currently scheduled to take place on November 2, 2018, to Friday, October 26, 2018, at 10:30 p.m. PDT, at the United States Courthouse, Suite 16106, 700 Stewart Street, Seattle. The Hon. Barbara Rothstein will preside by video conference.

The Court also amends the due date for the Joint Pretrial Statement ("JPS") to October 19, 2018. The parties are instructed to pre-mark and pre-admit exhibits. Any objections and the exhibits relating thereto shall be filed with the Court no later than October 19, 2018. The Court will make rulings on any objections to admissibility at the pre-trial conference.

Any party intending to offer a deposition at trial in lieu of testimony shall designate to the other side the portions it intends to offer. The opposing side shall then designate any counter designations and any objections it may have to the selected portions. Any objections

1

and the designated portions to which they relate shall be filed with the Court no later than October 19, 2018.

The parties are referred to the Court's Standing Order for Civil Cases, Dkt. No. 26, for further guidance on requirements for the JPS.

Signed this 2nd day of October, 2018.

Barbara Jacobs Rothstein
U.S. District Court Judge