The Honorable Barbara J. Rothstein
Note on Motion Calendar: October 12, 2018

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOFI FEDERAL BANK, a federally chartered banking institution,<br><br>    Plaintiff,<br><br>    v.<br><br>ADVANCE FUNDING LLC; KIRK A. TOVEY, individually and as trustee of the KIRK A. TOVEY REVOCABLE TRUST; and SETTLEMENT COLLECTION SERVICE, LLC,<br><br>    Defendants. | NO.   2:14-cv-00484-BJR<br><br>**PLAINTIFF BOFI FEDERAL BANK'S NOTICE OF INTENT TO FILE SURREPLY** |

PLAINTIFF BOFI FEDERAL BANK'S NOTICE OF INTENT TO FILE SURREPLY
No. 2:14-cv-00484-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

PLEASE TAKE NOTICE THAT, pursuant to Local Civil Rule 7(g), Plaintiff BofI Federal Bank ("BofI") intends to file a surreply to request that the Court strike Section A of Defendants' Reply in Support of Motion for Summary Judgment of Dismissal (at 3:7 – 5:15).

DATED: October 15, 2018

**SAVITT BRUCE & WILLEY LLP**

By:   */s/ Duncan E. Manville*
James P. Savitt, WSBA #16847
Duncan E. Manville, WSBA #30304
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
Telephone:  206.749.0500
Facsimile:  206.749.0600
Email:  jsavitt@sbwllp.com
Email:  dmanville@sbwllp.com

Attorneys for Plaintiff BofI Federal Bank

PLAINTIFF BOFI FEDERAL BANK'S NOTICE OF INTENT
TO FILE SURREPLY - 2
No. 2:14-cv-00484-BJR

**SAVITT BRUCE & WILLEY LLP**
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing document was filed electronically with the Court and thus served simultaneously upon all counsel of record, this 15th day of October, 2018.

_____
Rondi A. Greer

CERTIFICATE OF SERVICE
No. 2:14-cv-00484-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500