The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BOFI FEDERAL BANK, a federally chartered banking institution,<br><br>    Plaintiff,<br><br>    v.<br><br>ADVANCE FUNDING LLC; KIRK A. TOVEY, individually and as trustee of the KIRK A. TOVEY REVOCABLE TRUST; and SETTLEMENT COLLECTION SERVICE, LLC,<br><br>    Defendants. | NO.   2:14-cv-00484-BJR<br><br>**PLAINTIFF BOFI FEDERAL BANK'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

PLAINTIFF BOFI FEDERAL BANK'S SURREPLY IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT
No. 2:14-cv-00484-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

Pursuant to Local Civil Rule 7(g), Plaintiff BofI Federal Bank ("BofI") files this surreply to request that the Court strike portions of Defendants' Reply in Support of Motion for Summary Judgment of Dismissal ("Reply," Dkt. 116).

In Defendants' Motion for Summary Judgment of Dismissal ("Motion," Dkt. 110), Defendants Settlement Collection Service, LLC ("SCS") and Kirk A. Tovey, individually and as trustee of the Kirk A. Tovey Revocable Trust ("Tovey"), expressly stated that they were moving for summary judgment on only two elements of BofI's tortious-interference claim. They argued that BofI "has not and cannot establish that the Defendants had prior knowledge of the BOFI Agreement or that they induced Ms. Venzant to cancel the arrangement." (Motion 10:18-20.) They stated in footnote 1: "Although, for purposes of the Motion, *only two elements of the cause of action are discussed*, Defendants are not waiving and specifically reserve the right to challenge each and every element of the claim." (*Id.* at 10:25-26, emphasis added.) Because SCS and Tovey discussed only two elements of BofI's tortious-interference claim, BofI only discussed those two elements of the claim in its Opposition to Defendants' Motion for Summary Judgment of Dismissal ("Opposition"). (Dkt. 114, at 11:3 – 15:11.)

In their Reply, SCS and Tovey for the first time challenge the first element of BofI's tortious-interference claim. (Reply 3:7 – 5:15.) They contend that because BofI argued in its Opposition that Ms. Venzant "was aware of and consented to the two-year postponement for payment," BofI "reveal[ed] that apparently it never had an enforceable agreement. (*Id.* at 3:8-11.) Not only is this argument incorrect (SCS and Tovey cite no authority for the proposition that amendment of the BofI Agreement [including the Life Contingent Payment Addendum] was necessary or that the BofI Agreement was unenforceable absent such amendment), BofI has maintained throughout this litigation that Ms. Venzant knew about and agreed to the two-year extension. (*See, e.g.*, Dkt. 38 at 5:6-8.) It was therefore improper for SCS and Tovey to address this issue for the first time in their Reply.

PLAINTIFF BOFI FEDERAL BANK'S SURREPLY IN
OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 2
No. 2:14-cv-00484-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

BofI accordingly requests that the Court strike Section A of SCS and Tovey's Reply (at 3:7 – 5:15).[1]

DATED: October 16, 2018

**SAVITT BRUCE & WILLEY LLP**

By: _/s/ Duncan E. Manville_
James P. Savitt, WSBA #16847
Duncan E. Manville, WSBA #30304
1425 Fourth Avenue, Suite 800
Seattle, Washington  98101-2272
Telephone:  206.749.0500
Facsimile:  206.749.0600
Email:  jsavitt@sbwllp.com
Email:  dmanville@sbwllp.com

Attorneys for Plaintiff BofI Federal Bank

---

[1] To the extent SCS and Tovey are suggesting in their Reply that the BofI Agreement was unenforceable because Ms. Venzant purportedly cancelled it (Reply 6:3-22, 8:2-3, 10:20-26), that argument would also be improper in a reply brief and the Court should strike it – especially since at most, Ms. Venzant's purported cancellation notice would only have constituted an anticipatory breach or repudiation of the BofI Agreement. *See CKP, Inc. v. GRS Constr. Co.*, 63 Wn. App. 601, 620, 821 P.2d 63, 74 (1991).

PLAINTIFF BOFI FEDERAL BANK'S SURREPLY IN
OPPOSITION TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT - 3
No. 2:14-cv-00484-BJR

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500

## CERTIFICATE OF SERVICE

I hereby certify that on the date indicated below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

DATED this 16th day of October, 2018 at Seattle, Washington.

_____
Rondi A. Greer

CERTIFICATE OF SERVICE
No. 2:14-cv-00484-BJR

**SAVITT BRUCE & WILLEY** LLP
1425 Fourth Avenue Suite 800
Seattle, Washington  98101-2272
(206) 749-0500