1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

8

9

BOFI FEDERAL BANK, a federally chartered
banking institution,
Plaintiff,

NO.  14-CV-484 BJR

10

v.

11

ADVANCE FUNDING LLC; KIRK A.
TOVEY, individually and as trustee of the
KIRK A. TOVEY REVOCABLE TRUST; and
SETTLEMENT COLLECTION SERVICE,
LLC,
Defendants.

ORDER SETTING ORAL ARGUMENT
ON DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT

12

13

14

15

16

   Having reviewed the Motion for Summary Judgment of Defendants Kirk A. Tovey and

17

Settlement Collection Service, LLC, and all pleadings submitted in support of and in response

18

to that Motion, the Court hereby calls for oral argument. The oral argument is scheduled for

19

11:00 a.m. on Friday, October 26, 2018; each side is allotted 15 minutes.

20

   Counsel shall be prepared to argue all aspects of the Motion, but in particular respond

21

to the following: (1) Whether Sheena Venzant's assignment of her lottery winnings on May 21,

22

2013 to Advance Funding constituted a breach or repudiation of her contract with BofI Federal

23

Bank; and, (2) if so, how Defendants Tovey and Settlement Collection Service could be found

24

to have induced such breach if, as the undisputed evidence demonstrates, they were unaware of

25

either Ms. Venzant's identity, or any agreement she may have had with BofI, until sometime in

June 2013, after the May 21, 2013 contract with Advanced Funding was executed.

The currently scheduled Pretrial Conference shall commence immediately following the oral argument.

Signed this 22nd day of October, 2018.


*Barbara J. Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge